IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MIGNON MATTHEWS, | § | |
| | § | No. 419, 2017 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below: Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | C.A. No. N14C-10-260 |
| DETECTIVE JOHN MANCUSO | § | |
| and DETECTIVE BRIAN LUCAS, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: February 23, 2018
Decided: May 10, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## O R D E R

The plaintiff-appellant, Mignon Matthews, filed this appeal from the Superior Court's decision granting summary judgment to the defendants-appellees on Matthews' claims for defamation and physical anguish.[*] After careful consideration of the parties' briefs and de novo review of the record, we affirm on the basis of and for the reasons assigned by the Superior Court in its well-reasoned decision dated September 19, 2017.

---

[*] *Matthews v. Mancuso*, 2017 WL 4164419, at *3 (Del. Super. Sept. 19, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice